# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **CHARLIE DEWAYNE SUMLER** | **CIVIL ACTION NO. 20-1102** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **STATE OF LOUISIANA** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Charlie Dewayne Sumler's Petition for writ of habeas corpus is **DENIED and DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 14th day of October, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE